IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO FERNANDEZ, | No. CIV S-08-0347-LEW-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. MARTEL, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' request to transfer this action (Doc. 7) to the United States District Court for the Southern District of California.

       The petition attacks a conviction entered by the San Diego County Superior Court. While both this court and the United States District Court for the Southern District of California have concurrent jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the Southern District, see id. at 499 n.15; 28 U.S.C. § 2241(d).  Therefore, respondents' motion to transfer this matter will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's March 27, 2008, order is vacated;

2. Respondent's request to transfer this matter (Doc. 7) to the United States District Court for the Southern District of California is granted; and

3. The Clerk of the Court is directed to transfer this matter to the United States District Court for the Southern District of California and close this file.

DATED: April 29, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE